Steven R. Schindler (SS-3511)
Jonathan L. Hochman (JH-7072)
Daniel E. Shaw (DS-8129)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, New York 10005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

COTY INC.,                                  :
                                            :       07 Civ. 6206
                    Plaintiff,              :
                                            :
          -and-                             :       **RULE 7.1 STATEMENT**
                                            :
L'ORÉAL S.A.,                               :       *(Electronically Filed)*
                                            :
                    Defendant.              :
-----------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, please be advised that Coty Inc. ("Coty") is a private non-governmental entity that is owned entirely by two privately-held German corporations, Donata Holding SE and Joh. A. Benckiser SE.

Dated: New York, New York
       July 3, 2007

                                        SCHINDLER COHEN & HOCHMAN LLP

                                        By: _____
                                            Steven R. Schindler (SS-3511)
                                            Jonathan L. Hochman (JH-7072)
                                            Daniel E. Shaw (DS-8129)
                                        100 Wall Street, 15th Floor
                                        New York, New York 10005
                                        (212) 277-6300

                                        *Attorneys for Plaintiff Coty Inc.*

{00032203}