UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07

COTY INC.,

    Plaintiff,

-against-

L'ORÉAL S.A.,

    Defendant.

Case No. 07 Civ. 6206 (KMW)

## STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT L'ORÉAL S.A. TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff Coty Inc. ("Coty") and defendant L'Oréal S.A. ("L'Oréal") that the time within which respondent L'Oréal must answer, move or otherwise respond to the Complaint shall be extended to August 30, 2007.

SCHINDLER COHEN & HOCHMAN LLP

By: _____
Daniel E. Shaw (DS-8129)
100 Wall Street, 15th Floor
New York, New York 10005
Tel: (212) 277-6300
*Attorneys for Plaintiff*
*Coty Inc.*

BAKER & MCKENZIE LLP

By: _____
Charles H. Critchlow (CC-4905)
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 626-4100
*Attorneys for Defendant*
*L'Oréal S.A.*

SO ORDERED this 23rd day of July, 2007

_____
United States District Judge

{00032429}