AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

## APPEARANCE

Coty Inc. v. L'Oreal S.A.     Case Number: 07 CV 6206 (KMW)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

L'Oreal S.A.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/30/2007 | *(signature)* |
| Date | Signature |
| | Charles H. Critchlow     CC-4905 |
| | Print Name     Bar Number |
| | 1114 Avenue of the Americas |
| | Address |
| | New York     NY     10036 |
| | City     State     Zip Code |
| | (212) 626-4100     (212) 310-1600 |
| | Phone Number     Fax Number |