AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

## APPEARANCE

Coty Inc. v. L'Oreal S.A.

Case Number: 07 CV 6206 (KMW)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

L'Oreal S.A.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/30/2007 | *[signature]* |
| Date | Signature |
| | James D. Bailey — JB-0677 |
| | Print Name — Bar Number |
| | 1114 Avenue of the Americas |
| | Address |
| | New York — NY — 10036 |
| | City — State — Zip Code |
| | (212) 626-4100 — (212) 310-1600 |
| | Phone Number — Fax Number |