UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
COTY INC.,

                Plaintiff,

        - against –

L'ORÉAL S.A.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 CV 6206 (KMW)

**CORPORATE DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1)**

      Pursuant to Federal Rule of Civil Procedure 7.1, L'Oréal S.A. ("L'Oréal") certifies that it is a non-governmental corporation organized and existing under the laws of France with its corporate headquarters located in France. L'Oréal submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for use of the judges of this Court:

1.     L'Oréal is a publicly-held corporation.

2.     L'Oréal does not have any parent corporation.

3.     Nestlé S.A. owns 10 percent or more of L'Oréal's stock.

Dated: New York, New York
       August 30, 2007

                                      BAKER & McKENZIE LLP

                                      By: _____
                                            Charles H. Critchlow (CC-4905)
                                            James D. Bailey (JB-0677)
                                            1114 Avenue of the Americas
                                            New York, New York 10036
                                            (212) 626-4100
                                            *Attorneys for L'Oréal S.A.*