UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
COTY INC.,

                Plaintiff,

    - against –

L'ORÉAL S.A.,

               Defendant.
----------------------------------x

07 CV 6206 (KMW)

**NOTICE OF MOTION TO DISMISS**

**Oral Argument Requested**

PLEASE TAKE NOTICE, that upon the annexed Declaration of Charles H. Critchlow dated August 30, 2007, and the accompanying Memorandum of Law, defendant L'Oréal S.A ("Defendant"), by its attorneys, Baker & McKenzie LLP, will move this Court, before the Honorable Kimba M. Wood, United States District Judge, at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time designated by the Court, for an Order pursuant to Rule 12(b) (6) of the Federal Rules of Civil Procedure granting Defendant's motion to dismiss the Complaint for failure to state a claim upon which relief can be granted, and, in the alternative, for an Order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure granting Defendant's motion to dismiss the Complaint lack of personal jurisdiction, and for all such further and other relief as the Court deems just and proper.

Dated: New York, New York
       August 30, 2007

                                      BAKER & McKENZIE LLP

By: _____
                Charles H. Critchlow (CC-4905)
                James Bailey (JB-0677)
                1114 Avenue of the Americas
                New York, New York 10036
                Tel. (212) 626-4100

                *Attorneys for Defendant*
                L'Oréal S.A.

TO:    SCHINDLER COHEN & HOCHMAN LLP
         Steven R. Schindler, Esq.
         Jonathan L. Hochman, Esq.
         Daniel E. Shaw, Esq.
         100 Wall Street, 15th Floor
         New York, New York 10005
         (212) 277-63000

         *Attorneys for Plaintiff*
         Coty Inc.