**SCHINDLER COHEN & HOCHMAN** LLP

Steven R. Schindler
(212) 277-6310
SSchindler@SCHlaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07
```

100 Wall Street
15th Floor
New York, N.Y. 10005
Tel (212) 277-6300
Fax (212) 277-6333

September 12, 2007

**BY FAX**

The Honorable Kimba M. Wood
United States Chief District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007


MEMO ENDORSED

    Re:  **Coty Inc. v. L'Oreal S.A., 07 Civ. 6206 (KMW)**

Dear Judge Wood:

    We represent plaintiff Coty Inc. ("Coty") in the above-referenced proceeding. On August 30, 2007, defendant moved to dismiss the complaint. We will oppose that motion, but will also seek Your Honor's approval to cross-move for summary judgment. In accordance with Your Honor's Individual Practices, Coty intends to submit a letter next week that requests a pre-motion conference and outlines the reasons why we believe that Coty is entitled to summary judgment.

    Our opposition to the motion to dismiss the complaint is now due on Friday, September 14, 2007. Counsel for L'Oreal, while not agreeing to any proposed cross motion, has agreed to extend the date to respond to their motion to dismiss until an appropriate date to be set after we confer with Your Honor on our proposed cross-motion.

    In anticipation of our sending the letter request for a pre-motion conference next week, we respectfully request that Coty's time to oppose the motion to dismiss be temporarily adjourned until a date to be designated after the parties have conferred with the Court.

Respectfully,

Steven R. Schindler

*The parties are referred to the Court's Memo Endorsed Order of Plaintiff's letter dated September 18, 2007, for the Court's disposition of this request.*

9-20-07
SO ORDERED, N.Y., N.Y.

KIMBA M. WOOD
U.S.D.J.

cc: Charles H. Critchlow, Esq. (by fax)

{00033678}