```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COTY INC.,

    Plaintiff,

-against-

L'ORÉAL S.A.,

    Defendant.

---

07 Civ. 6206 (KMW)

**STIPULATION AND ORDER ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANT L'ORÉAL S.A.'S MOTION TO DISMISS THE COMPLAINT**

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff Coty Inc. ("Coty") and defendant L'Oréal S.A. ("L'Oréal") that the time for Coty to serve opposition papers to L'Oréal's motion to dismiss the complaint shall be extended from September 28, 2007 until October 19, 2007. L'Oréal shall serve its reply papers, if any, by November 2, 2007.

SCHINDLER COHEN & HOCHMAN LLP

By: _____
Daniel E. Shaw (DS-8129)
100 Wall Street, 15th Floor
New York, New York 10005
Tel: (212) 277-6300
*Attorneys for Plaintiff*
*Coty Inc.*

BAKER & MCKENZIE LLP

By: _____
Charles H. Critchlow (CC-4905)
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 626-4100
*Attorneys for Defendant*
*L'Oréal S.A.*

SO ORDERED this 24 day of September, 2007

_____
United States District Judge

(00033577)