USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
COTY INC.,

               Plaintiff,                        07 CIVIL 6206 (KMW)

   -against-                                     **JUDGMENT**

L'OREAL, S.A.,

               Defendant.
-------------------------------------------------------X

Defendant having moved to dismiss for lack of subject matter jurisdiction and for failure to state a claim, and the matter having come before the Honorable Kimba M Wood, United States District Judge, and the Court, on Feb 1, 2008, having rendered its Opinion and Order granting defendants' motion to dismiss, declining to award attorney's fees, and closing the case with any pending motions held as moot, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated Feb 1, 2008, defendant's motion to dismiss is granted, the Court declines to award attorney's fees, and the complaint is dismissed; accordingly, the case is closed.

Dated: New York, New York
         Feb 5, 2008

                                                 **J. MICHAEL Mc MAHON**
                                                   Clerk of Court
                                 BY: _____
                                                     Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____