UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
COTY INC.,

           Plaintiff,

-against-

L'OREAL S.A.,

           Defendant.
-------------------------------------------------------x

07 Civ. 6206 (KMW)

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Coty Inc. hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment dismissing Plaintiff's claims entered in this action on the 5th day of February, 2008.

Dated: New York, New York
       February 25, 2008

SCHINDLER COHEN & HOCHMAN LLP

By: _____
    Steven R. Schindler (SS 3511)
    Jonathan L. Hochman (JH 7072)
    Daniel E. Shaw (DS 8129)

100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300 (tel)
(212) 277-6333 (fax)

*Attorneys for Plaintiff Coty Inc.*

{00036753}